**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NATIONSRENT, INC., <u>et al.</u>, | ) | Case Nos.: 01-11628 through |
| | ) | 01-11639 (PJW) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| ———————————————— | ) | |
| | ) | |
| NationsRent Unsecured Creditor's | ) | |
| Liquidating Trust, Perry Mandarino, not personally, | ) | |
| but as Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | District Court No.: 04-CV-785 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| NEFF RENTAL, INC., | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE OF DEFENDANT, NEFF RENTAL, INC., DISCLOSURES
UNDER RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

PLEASE TAKE NOTICE that Defendant, Neff Rental, Inc., did serve Defendant, Neff

Rental Inc.'s, Initial Disclosures Under Rule 26(a)(1) Of The Federal Rules Of Civil Procedure,

on October 25, 2005, via first class mail upon the parties identified on the attached service list.

Dated: October 25, 2005    ELZUFON AUSTIN REARDON
             TARLOV & MONDELL PA

             */s/ Charles J. Brown, III*
             Charles J. Brown, III (Bar No. 3368)
             300 Delaware Avenue, Suite 1700
             Wilmington, Delaware 19899-1630
             (302) 428-3181

             *Co-Counsel to Neff Rental, Inc.*

**SERVICE LIST**

Neil B. Glassman
Ashley B. Stitzer
Mary E. Augustine
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Paul Kizel
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068