IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., *et al.*,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br>　　　　　　　　Plaintiff,<br>v.<br>NEFF RENTAL, INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 04-CV-0785 (KAJ) |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY** stipulated and agreed between the Plaintiff, Perry Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's Liquidating Trust, and the Defendant, Neff Rental, Inc., that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

630221v1

Dated: January 2, 2007

THE BAYARD FIRM

_/s/_____
Neil B. Glassman, Esquire (No. 2087)
Ashley B. Stitzer, Esquire (No. 3891)
Mary E. Augustine, Esquire (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone:   (302) 655-5000

Counsel for Perry Mandarino, not personally, but as Trustee for the NationsRent Unsecured Creditor's Liquidating Trust

HARVEY PENNINGTON, LTD

_/s/_____
Charles J. Brown, III (Bar No. 3368)
913 Market Street
Suite 702
Wilmington, DE 19801
Telephone:   (302) 428-0719
Email:        cbrown@harvpenn.com

Counsel for Neff Rental, Inc.

625688v1                                        2