## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 2nd day of January, 2007, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS MAIL

Charles J. Brown, III, Esquire
Harvey Pennington Ltd.
913 Market Street
Suite 702
Wilmington, DE 19801

_____
Mary E. Augustine (No. 4477)